Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

25 CV 6504 MAV

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

*[FILED SEP 23 2025 stamp]*

## 1. CAPTION OF ACTION

**A.    Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Jane Kimberly Batten

-vs-

**B.    Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. United States Federal Goverment
2. Department of Justice-Western District of New York
3. Rochester Regional Health/ RGH - CEO Richard Davis
4. Elon Musk, CEO of Tesla
5. Jen-Hsun- Huang, CEO of Nvidia
6. Sam Altman- CEO, of Open AI

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: The United States is party as a defendant,  Multiple parties reside in different states and therefore is a diversity jurisdiction claim.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Western District is the proper venue because the plaintiff residence and business is located in Rochester, New York and the claim arises in.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: 880- Defend Trade Secret Act of 2016 (DTSA)

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Jane Kimberly Batten

Present Address: 8 Vetter Street
Rochester, New York 14605

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: United States Government

Official Position of Defendant (if relevant): President Donald Trump

Address of Defendant: 950 Pennsylvania Ave
Washington, DC 20530

Name of Second Defendant: Department Of Justice

Official Position of Defendant (if relevant): Attn: Michael DiGiacomo -US Attorney for Western District

Address of Defendant: 100 State Street
Rochester, New York 14614

Name of Third Defendant: Rochester Regional Health/ Rochester General Hospital

Official Position of Defendant (if relevant): CEO Richard Davis

Address of Defendant: 1425 Portland Ave
Rochester, New York 14621

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes ☐   No ☑

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:
    Plaintiff(s): Jane Kimberly Batten

Defendant(s): Progressive Insurance, Progressive Advanced Insurance
MYRNALI MARTINEZ,, RICARDO SANTIAGO, JESSICA PLANDOWSKI

2. Court (if federal court, name the district; if state court, name the county): 
Supreme Court

3. Docket or Index Number: I2021001577

4. Name of Judge to whom case was assigned: 

5. The approximate date the action was filed: May 18, 2021

6. What was the disposition of the case?
   Is it still pending? Yes ☐  No ☑

   If not, give the approximate date it was resolved. 

   Disposition (check those statements which apply):

   ☑ **Dismissed** (check the statement which indicates why it was dismissed):

   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   ☐ By court due to your voluntary withdrawal of claim;
   ☐ **Judgment** upon motion or after trial entered for
   　☐ plaintiff
   　☑ defendant.

---

### 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) April 2023-Sept 1 2023, defendant (*give the **name and (if relevant) the position held** of each defendant involved in this incident*) Elon Musk, Jen- Hsun Huang, Sam Altman, Satya Nadella, Mark Zuckerberg, Sundar Pichai, Tim Cook, Lisa Su Larry Ellison, Arvind Krishna, Jeff Bezos, Beth Taylor,

did the following to me (*briefly state what each defendant named above did*): The plantiff source codes for quantum storage were stolen from a residence in Atlanta GA. The quantum network codes were later stolen from the premises of the plaintiff's residence in Rochester, New York. These codes were utilized and misappropriated by Elon Musk and Nvidia CEO, Jen-Hsun Huang. Elon Musk made a statement in the press about selling access to the artificial intelligence market for 1 Billion.. Each of the defendant began using different versions of the codes to benefit of their based onmodelling for increased computation. The models of artificial intelligence are inaccuracy due primarily to incompleteness, and a lack of proper algorithms, which were not stolen. The defendants misappropriated the quantum codes. Beth Taylor would have been the only other person with accessed to the codes.

The federal basis for this claim is: The Defend Trade Secrets Act.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: The plaintiff demand the relief of $10 Billion dollars from each defendant. Plantiff demand relief of $100,000 from Beth Taylor.

---

**B. SECOND CLAIM:** On (*date of the incident*) April 2023-Sept 1 2023,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

(See separate attachment for additional claims)

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

---

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

The Plaintiff is requesting a Summary of relief for $300 Billion.

Do you want a **jury trial**?  Yes [X]   No [X]  NO.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on September 23, 2025
          (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
Signature(s) of Plaintiff(s)

WESTERN DISTRICT OF NEW YORK

Separate Sheet for Complaint Form Filing

**DEFENDANT'S INFORMATION NOTE:** *To list additional defendants, use this format on another sheet of paper.*

### Defendant List and Address (Cont.')

| | |
|---|---|
| Name of Fourth Defendant: | **Elon Musk** |
| Official Position of Defendant: | CEO of Tesla, Space X: |
| Address of Defendant: | 1 Tesla Road |
| | Austin Texas 78725 |
| Name of Fifth Defendant: | **Jen-Hsun Huang** |
| Official Position of Defendant: | CEO Nvidia |
| Address of Defendant: | 2788 San Tomas Expressway |
| | Santa Clara California 95051 |
| Name of Sixth Defendant: | **Sam Altman** |
| Official Position of Defendant: | CEO Open AI |
| Address of Defendant: | 3180 18th street |
| | San Francisco Cali 94110 |
| Name of Seventh Defendant: | **Satya Nadella** |
| Official Position of Defendant: | CEO Microsoft |
| Address of Defendant: | 1 Microsoft Way |
| | Redmond, Washington 98052-6399 |
| Name of Eighth Defendant: | **Mark Zuckerberg** |
| Official Position of Defendant: | CEO of Meta Platforms |
| Address of Defendant: | 1 Meta Way |
| | Menlo Park, California 94025 |

| | |
|---|---|
| Name of <u>Ninth</u> Defendant: | **Sundar Pichai** |
| Official Position of Defendant: | CEO Google |
| Address of Defendant: | 1600 Amphitheatre Parkway |
| | Mountain View California 94043 |
| Name of <u>Tenth</u> Defendant: | **Tim Cook** |
| Official Position of Defendant: | CEO Apple Inc |
| Address of Defendant: | One Apple Park Way |
| | Cupertino California, 95014 |
| Name of <u>Eleventh</u> Defendant: | **Andrew Jassy/ Jeff Bezos** |
| Official Position of Defendant : | Executive Chairman Amazon |
| Address of Defendant: | 410 Terry Avenue North |
| | Seattle, Washington 98109-5210 |
| Name of <u>Twelfth</u> Defendant: | **Lisa Su** |
| Official Position of Defendant : | CEO AMD |
| Address of Defendant: | 2485 Augustine Drive |
| | Santa Clara 95054 |
| Name of <u>Thirteenth</u> Defendant: | **Larry Ellison** |
| Official Position of Defendant : | CEO Oracle |
| Address of Defendant: | 500 Oracle Parkway |
| | 2300 Oracle Way, |
| | Austin, Texas  78741 |
| Name of <u>Fourteenth</u> Defendant: | **Arvind Krishna** |
| Official Position of Defendant: | CEO IBM |
| Address of Defendant: | 1 New Orchard Road |
| | Armonk, New York 10504 |
| Name of Fifteenth  Defendant | Elizabeth Taylor |
| Address of Defendant | 140 N Candler Street |
| | Decatur, GA 30030-3426 |

## 5. STATEMENT OF CLAIM:

### B. SECOND CLAIM

*On this Date:*

November 9, 2021,

Defendant (*give the name and (if relevant) position held of each defendant involved in this incident*)

Rochester Regional Health/ Rochester General Hospital

The following defendant did this to me:

1. The plaintiff visited Rochester General Hospital due to something lodged in her throat from a visit to a local coffee shop. During this visit the plaintiff provided 2 vials of blood which was followed up a "saline" injection.
2. RGH with the collection of the Plaintiff's blood samples conducted research that was not authorized by the plaintiff.
3. Rochester General Hospital distributed information to other institutions for research purposes without the plaintiff's consent and researched for what is considered *beyond* generalized knowledge.
4. Plaintiff samples were utilized for more distinct DNA research involving mitochondrial research for electrons and purposed for quantum research and possibly included the plaintiffs' relatives and descendants without the client's authorization
5. In the collection and the dissemination without the plaintiff's knowledge infringed on the plaintiff's economic value of the trade secrets and has presented individual security issues for the plaintiff and her family. The plaintiff has never been informed by the defendant of any *"relevant"* information regarding her blood samples.

*The federal basis for this claim is:*

Defend trade secret Act and HIPPA Privacy Rule Laws: 45 CFR 164.501, 164.508, 164. 512(i) 45 CFR 164.514

*What exactly would you like the courts to do:*

The plaintiff seeks relief through a full accounting for research disclosures, including relatives and descendants. The Plaintiff seeks $10 Billion relief.

### C. THIRD CLAIM:

*On this date:*  May 2021

*Defendants:*

The Department of Justice (Western District of New York), United States Government and Elon Musk, Ceo of Tesla and Space X

*The following Defendants did this to me:*

1. The Department of Justice violated the plaintiff's civil and human rights through the alleged knowledge with past administration and current administration and taking no actions to acknowledge, resolve or investigate matters of individual and national security issues that had been documented through a previous federal court case and therefore lacking due diligence.
2. The first invocation for the existence of the plaintiff trade secrets occurred in this previous lawsuit,
3. The plaintiff believes there was a severe miscarriage of justice that was politically motivated based on the previous administration's knowledge of the plaintiff's identity.
4. Elon Musk conducted surveillance of the plaintiff's location through satellites and internet activity beginning as early as 2019 when the plaintiff moved to Rochester, New York.

*The federal basis for this claim is:* 18 U.S. Code § 241- Conspiracy against Rights, Section 242- Deprivation of Rights under Color of Law and 22 U.S. Code § 2304- Human Rights and Security Assistance.

*State exactly what you would like the courts to do:*

The plaintiff seeks the demand for relief against Department Of Justice is $25 billion and demand of relief from Elon Musk for $60 Billion.

**E. FOURTH CLAIM**

*On the day:*     April 2025

*Defendants:*

Elon Musk, Jen-Hsun Huang, Sam Altman, Satya Nadella, Mark Zuckerberg, Sundar Pitchai, Tim Cook, Larry Ellison, Jeff Bezos, United States Government

*Defendants Did this following to me:*

1. Elon Musk, within his role with DOGE inside the federal government, wrongly denied funding for critical research projects by the plaintiff for the advancement of quantum information science for critical infrastructure solutions. i.e. clean energy.

2. In collaboration with the federal government, various initiatives and projects such as Stargate AI Initiative and the development of large data center have been enacted by the defendants in the misappropriation of the plaintiff's trade secrets within AI platforms.

3. The sudden and recent Intel partnering with both the Trump administration and NVidia is an example of the business tort by the plaintiff through the collectively influence by the defendants.

4. The Federal Government and its agencies are basing their research on the misappropriation's discovery of quantum codes misappropriation of the plaintiff source codes and are disseminating inaccuracies and falsity of their findings to the public.

5. The recent news press conference focused on autism from President Donald Trump on 9/22/2025 is an example.

6. Another example of this is the newly launched AI initiative for school campaign without the real due diligence of understanding thoroughly the implications for implementing AI technologies and models in its current state and status.

*The federal basis for this claim:*  Defend Trade Secrets Act;  15 U.S.C § 1 et. Seq

                            Sherman Anti-trust Act

*State exactly what you want the court to do for you:*

7. I would like a temporary injunction for the federal government to prevent usage of artificial intelligence utilizing the plaintiff trade secrets within AI models in schools until further discussions with the government regarding the need to for additional educational research in addressing the environmental health challenges and solutions for public school K-12.

8. The Plaintiff seeks the demand of relief to establish through the court a memorandum of understanding with the Federal Government for the sovereignty state of persons and business.
9. The plaintiff seeks the relief of $ 75 Billion from the U.S Government and the Department of Justice to establish a Sovereign Wealth Fund designated for the economic advancement of quantum research and its related technology solutions.